■ SMALL BUSINESS LOAN SOURCE, LLC, Appellant, v KAIVAL KALI CORPORATION et al., Respondents, et al., Defendants. [893 NYS2d 798]—Appeal from an order of the Supreme Court, Yates County (W. Patrick Falvey, A.J.), entered April 23, 2009 in a mortgage foreclosure action. The order denied the motion of plaintiff for leave to file a deficiency judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni and Green, JJ.